IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3242 |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE A. ANDERSON, NANCY L. ANDERSON, FEDERAL HOME LOAN BANK OF TOPEKA, SOUTHEAST NEBRASKA AFFORDABLE HOUSING COUNCIL, and STATE OF NEBRASKA, | ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

It has come to this court's attention that Magistrate Judge Thomas D. Thalken was assigned in error to this case.

THEREFORE, IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters

DATED this 26th day of September, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge